MICHAEL J. HURLEY  SBN: 153174
Law Offices of Moga & Hurley
9121 Haven Avenue, Suite 210
Rancho Cucamonga, CA 91730
Telephone: (909) 948-7282
Facsimile:  (909) 948-7292
E-Mail:     Mogahurley@aol.com

Attorney for Plaintiff:
DAVID L. LABATO, SR.

# UNITED STATES DICTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DAVID L. LABATO, SR. , <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY <br><br> Defendants. | No. EDCV – 09-1710 SS <br><br> (PROPOSED) ORDER AWARDING EAJA ATTORNEY FEES |

\

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE HUNDRED AND FIFTY DOLLARS ($3,950.00) subject to the terms of the stipulation.

Dated: 8/26/10

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

ORDER FOR EAJA FEES